No. 230.—GARCÍA FERNÁNDEZ, ET AL., peticionaria, *v.* LA CORTE DE DISTRITO DE PONCE, HON. R. DÍAZ CINTRÓN, JUEZ, demandado.   Julio 20, 1925.

POR CUANTO, los litigios entre las partes en este caso han durado por más de quince años;

POR CUANTO, como la cuestión principal envuelta comprende el estado civil y personal de la peticionaria, el cual debe ser solucionado;

POR CUANTO, las partes demandadas por muchos años han tenido amplias oportunidades para preparar sus defensas y en particular de tener informes o pruebas sobre la reconstrucción del documento relativo al matrimonio del alegado padre de la peticionaria, tiempo que ahora alcanza hasta dos años desde la última decisión de esta corte;

POR CUANTO, la corte estima que el juicio debe celebrarse sin más demoras por razón de la falta de prueba con respecto a ese documento;

POR TANTO, se ordena se libre el auto perentorio de *man-*

*damus* ordenando al Juez de la Corte de Distrito de Ponce que señale tan pronto como sea posible, el juicio de este caso.